## In the United States District Court
### Western District Of Arkansas
_____ Division

Robert Lane Herrington #021457

_____

*(In the space above enter your full name and Prison ID
Number, if any. **Do not include your Social Security Number**).*

-against-

| | |
|---|---|
| Neal Thomas | Josh Subblet |
| Mike May | Luedar Shirrell |
| Russ Carmack | Tim Conner |
| Brett Lane | Greg Harmon |
| Stan Waggoner | David White  Josh Hackney |

*(In the space above enter the full name of each Defendant)*

**Case
No.** 6:23-cv-06134

(To be filled out by Clerk's
Office only)

**AMENDED
COMPLAINT**

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.**

---

## I.     PLAINTIFF INFORMATION

Robert    Lane    Herrington
Name (First, Middle, Last)                                              Aliases

#021457
Prisoner ID #, if any

MCSO Detention Center  225 Fairgrounds Rd
Place of Detention or Incarceration

225 Fairgrounds Rd
Address (*If detained, facility address*)

Montgomery   Mount Ida   Ar                    71957
County, City                     State                    Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____

_____

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:   Thomas     Neal
_____
Name (Last, First)

Sheriff
_____
Current Job Title

225 Fairgrounds Rd
_____
Current Work Address

Montgomery Co  Mount Ida  Arkansas   71957
County, City                     State                    Zip Code

Defendant 2:   May   Mike
_____
Name (Last, First)

Chief Deputy
Current Job Title

225 Fairgrounds Rd
Current Work Address

Montgomery Co Mount Ida Arkansas     71957
County, City                State                Zip Code


Defendant 3:     Carmack Russ
Name (Last, First)

Jail Administrator #1
Current Job Title

225 Fairgrounds Rd
Current Work Address

montgomery Co Mount Ida Arkansas     71957
County, City                State                Zip Code


Defendant 4:     Brett Lane Lane Brett
Name (Last, First)

Jail Administrator #2
Current Job Title

225 Fairgrounds Rd
Current Work Address

Montgomery Co Mount Ida Arkansas     71957
County, City                State                Zip Code

III. Defendant #5
Defendent #5

Waggner Stan
MCSO Jailer
225 Fairgrounds Rd
Montgomry Co Mount Ida Arkanses 71957

Defendant #6 Conner Tim
MCSO Jailer / Dept

225 Fairgrounds Rd
Montgomry Co Mount Ida Arkansas 71957

Defendant #7 Surrell Lucian
MCSO Jailer

225 Fairgrounds Rd
Montgomry Co Mount Ida Arkatas 71957

Defendant #8 Bublet Josh
MCSO Jailer

225 Fairgrounds Rd
Mount Ida Arkansas 71957

fendent info
#9

David White
MCSO Sherriff — Past
to 225 Fairgrounds Rd
Mount Ida ARKansas 71957

#10 Greg Harmon

MCSO Deptudy — Past

225 Fairgrounds Rd
Mount Ida AR 71957

#11 Sish Hackney
MCSO Deputy
225 Fairgrounds Rd
Mount Ida AR

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.   **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).   If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.   **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:   McSo Jail, A-Pod a 130 #1 cell

Date(s) of occurrence:   August 14, 2023 - September 13 2023

Name of Each Defendant Involved:

Sheriff Neal Thomas, Chrief Dept Mike May, JI Russ Carmack, Jailer Tim Connor, Jailer Stan Waggner, Jailer Josh Sublet, Jailer Lucian
All MCSO Jailers per Russ Carmack

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

First Admendment, Eight Admendment, Fourteenth Admendment, Fifth Admendment, Sixth Admendment,

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

What happened to you?

FACTS:   On Augest 14th after 9am Mike May, Russ Carmack Tim Connor & Josh Sublet placed me from Apod to 130 cell #1. I was not feed on Aug 14th by Tim Connor For 3 more days I was denyed a spork, tolet paper or soap. For that 3 days I did not eat due to types of food and could nt eat with fingers. Suspect.

**Who did what?**

Per Russ Carmack and his memo. I was denyed calories from my tray, ie milk, Juice, coffee, tea daily x3. Star Waggner d Josh Sublet denyed me drinks at meals for 3 weeks. Russ Carmack Denyed me a Bible. Denyed access to law libary, Pretrial. I had seizures in front of Jailer Carl & noting done. Russ carmack denyed me medical Help or medramine.

**How were you injured?**

Cruel and Unusal punishment, civil rights, Duress, a right to liberty, legal injury, Color of law Religious Practice a denyed medical services Caused physical pain d suffering due to seizures

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

MCSO Jail rules & regs. State all inmates are Free From having meals used as punshmnts. A right From self ocriainiation. I have a right to a Bible of my Choosen.

**Claim Number 2:**

Place(s) of occurrence:   MCSO dententron Center, Hallway + Medical Room

Date(s) of occurrence: December 14th 2023

Name of Each Defendant Involved:

Russ Carmack, Brett Lane, Dr Darrel Elkins

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Eight and Fourteenth Admendments.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Brett Lane walked me from Cell to Dr Cell. I observed and over heard Russ Carmack tell Dr Elkins what Kind of medical help he could provide, per type meds, if I could or couldn't get meds or help. In other words he told "Carmack to Elkins" don't give me any meds for seizures. They Broke my Hippa rights of Privacy + treatment.

| What happened to you? |
| Who did what? |
| How were you injured? |

The first time this happened I was denyed meds. The Second time the dr wrote me a script. This has been on going discriminatore from Russ Carmack

divisible harm, duress, legal Injury, color of law Medical Care & Privacy off Medical Inforeslor Pysical pain & suffering mentally Anguse

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Hippa Violation . Patent, Doctor privelge =

**Claim Number 3:**

Place(s) of
occurrence: MCSD Jail medical room, Agpopa A-Pod

Date(s) of occurrence: June 12 2023

Name of Each Defendant Involved:

Dr Darrel ElKins , Russ Carmack , Brett Lane

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care , Eight Admendment

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: In the Month of June of 2023 I seen dr due to a Bad case of dandriff. Dr told me to get medicated Shampoo from Commassary. I told him I was indigent and no funds. He stated I could have it marked from Amazon from out side. At first Nurse Carmich said yes I could, then he changed her mind and said No! However they supplyed immate Cecil Brown with medicate soap twice weekly with refills

What happened to you?

Who did what?

How were you injured?

Duress, Cruel and unusual punishment, drivisdoble harm. denied medical care Discrimination

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑   Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

MCSO Jail Rules + Regulations - discrimination

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

☑   Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑   Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑   Other relief (describe below).

Both

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I wish this Court to Hold MCSo detention Center and Staff accountable. To help make it fair for all inmates coming after me to Fairness + equal rights under the law.

I'm asking the Court for a 10 million dollar settlement with an addtinol 25% for lawyer fees. Compensatory

Punitive. I'm asking Russ Carmack + Brett Lerr to resign + hold all Jailers accountable for their actions against inmates.

I'm asking Because I believe I am protected by both my State and Federal Constitutions.

I also have other claims I wish to adply, once I
obtain an attorney to help with my cases

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a       ☐ Yes    ☑ No
prisoner?

     If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with**    ☐ Yes    ☑ No
**the same facts as this case**?

     If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

6:23-CV-06134-SOH-BAB
Herrington Vrs Thomas et al

Claim #4

Montgomery County Dentention Center

August 20, 2021 - December 23 2023

James Robinson
Kary Stoveall          } Jail Administrators
Russ Carmack             Past and Present
Brett lane
David White        } Sherriff Past and Present
Neal Thomas

Denyed Acess to Court law libarys and in part
or whole.

Facts

We inmates at Montgomery County Dentention
Center have been denyed adquite access to a law
libary. There was one out dated Code) acts book.
On December of 2022 a Pastect was added to the
ctc Kioski, Still to This date we cant get, nor file
or ask or obtain from Jail staff any motion, Form or
example of legal form, Copys or legte aid help,

Due process — Fifth and Fourteenth Adrendmuts
Acess to a law libary First, Sixth and Fourteenth Admdments
Duress, divissible harm, A Right to libarty, Color of law

Claims

Montgomery County Dentention Center

on or around December of 2022

Greg Harmon
Brett Lane
Josh Hackney

MCSO Dentention Center did a pod search. I was handcuffed and lead out of pod to a ~~Visitors~~ Visitation Room without a Camera and striped down. Josh Hackney held my testicals for over 30-45 seconds. Brett Lane stayed in Hallway and treatned me a cavity search if I did not confess. While I was being held out of Room, Greg Harmon distroyed and Trashed all my legal papers. US 42-1983 Forms, motion of discovery & my personal ART. I grievanced the issue later & Was told it was trash.

Civil Rights   Fourteenth Amendment
Search and Seizures of pretrial detainees body Search
        Fourth Amendment
Cruel and Unusual Punishment   Eighth Amendment
Duress, disvisibleharm, legal injury

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_December 27 2023_
Dated

_Robert Herg_
Plaintiff's Signature

_Robert L Herrington_
Printed Name (First, MI, Last)

_021457_
Prison Identification #, if any.

_225 Fair grounds Rd_
_MCSO detention Center   Mount Ida   AR   71957_
Prison Address                      City          State     Zip Code

Notary Acknowlegment

State of ARKANSAS
County of Montgomery

On this the 27th day of December 2023 Before me Misty Tweedle the undersigned notary, personally appeared Robert Herrington Known to me (or satisfactorly proven) to be the person, whose name(s) to are subscribed to the within instrument and acknowledged that he/she executed the same for the purpose there in contatnded.

In Witness Whereof I here unto set my hand and offical seal

Signature of notary Public

My Commission Expires 2-01-33



Herrington, Robert L 021457
225 Fairgrounds Rd
Mount Ida, AR 71957

Pro Se law Clerks office
35 East Mountain St Sut #510
Fayetteville AR 72701

RECEIVED WDAR
JAN 3 2024
U.S. Clerks office

