IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT LANE HERRINGTON                                                         PLAINTIFF

v.                                        Case No. 6:23-cv-6134

SHERIFF NEAL THOMAS, *et al*.                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) for failing to comply with orders of the Court and failing to prosecute this matter, respectively. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 12) in toto. Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge